NEW-YORK,
Nov. 1809.

HOFFMAN
v.
DUEL.

---

## HOFFMAN *against* DUEL.

In notices of rules to plead, &c. one day is inclusive and the other exclusive, so as to give the party the full number of days.

HOFFMAN, for the defendant, moved to set aside the default entered in this cause, and all subsequent proceedings, on the ground of irregularity.

The declaration in this cause, with a notice of the rule to plead, was served on the defendant's attorney, the *first* day of *September*, and the default was entered on, the 21st *September.*

He contended, that by the fourth rule of *April* term, 1796, the defendant was entitled to twenty days, exclusive of the day on which the notice of the rule to plead is served, within which to file his plea; and that the default could not be entered until the 22d *September.*

*Brackett*, contra.

*Per Curiam.* The established rule of construction, in all cases of this kind, is, that one day is inclusive and the other exclusive. If you include the 1st day of *September*, then the defendant had all the *twenty-first* day in which to plead. Take your rule, with costs.

Rule granted.